FILED
JUL 1 1 2012
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO: 5:12-M-1481

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) |
| | ) CRIMINAL INFORMATION |
| BELL, EDWARD JR. | ) |
| | ) |

Defendant:

The United States Attorney charges:

COUNT ONE

THAT, on or about 15 MAY 2012, on the Fort Bragg Military Reservation, an area within the special maritime and territorial jurisdiction of the United States and within the Eastern District of North Carolina, BELL, EDWARD JR., did unlawfully, knowingly, and intentionally possess marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 844(a).

THOMAS G. WALKER
UNITED STATES ATTORNEY

BY: /s/ Stacey A. Guthartz Cohen
STACEY A. GUTHARTZ COHEN
Special Assistant United States Attorney
XVIII Airborne Corps & Ft Bragg
Fort Bragg, NC 28307-5000
(910) 396-1221/1222